NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD S. DESMORE, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7135

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2488, Judge Mary J. Schoelen.

---

## ORDER

Edward S. Desmore, Sr. has not responded to the court's September 16, 2010 order directing him to show cause why his appeal should not be dismissed as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

NOV 3 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Edward S. Desmore, Sr.
    Michael N. O'Connell, Jr., Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK